# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAVID DAVIS,

       Petitioner,

v.                                              Case Number: 2:13-CV-14045

KENNETH MCKEE,

       Respondent.
_____/

## JUDGMENT

     IT IS ORDERED AND ADJUDGED that pursuant to this court's Opinion and Order dated April 24, 2015 denying the Petition for Writ of Habeas Corpus and declining a Certificate of Appealability; Judgment is entered for the Respondent Kenneth McKee and against the Petitioner David Davis.

     Dated at Detroit, Michigan this 24th day of April , 2015.


                                                  DAVID J. WEAVER
                                                CLERK OF THE COURT

                 BY:   S/Lisa Wagner
                          Lisa Wagner, Case Manager to
                          Judge Robert H. Cleland
                          (313) 234-5522